# Court of Appeals
## Tenth Appellate District of Texas

### 10-26-00040-CV

## In re Adam King

## Original Proceeding

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator Adam King's Petition for Writ of Mandamus, filed on January 28, 2026, is denied. This Court's January 30, 2026 stay of the trial court proceedings in trial court cause number DC-C202500693 is lifted.

_____
MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: April 2, 2026

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Petition denied
OT06

